UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:19-CR-00363-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **MARQUEL DEVON ROBINSON (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 66] of the Magistrate Judge, recommending that defendant Marquel Robinson's Motion to Suppress [doc. 25] be denied. Defendant has filed objections to the Report and Recommendation and the government has filed a response. The court has conducted an independent review of the record and finds that the Report and Recommendation is correct under applicable law. Accordingly,

**IT IS ORDERED** that the Report and Recommendation [doc. 66] be **ADOPTED** and that the Motion to Suppress [doc. 25] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 7th day of January, 2021.

_____
JAMES D. CAIN, JR.
**UNITED STATES DISTRICT JUDGE**