# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 2:19-cr-00363** |
| **VS.** | * | |
| **MARQUEL DEVON ROBINSON** | * | **MAGISTRATE JUDGE LEBLANC** |

## ORDER

In accordance with the requirements of Rule 5 of the Federal Rules of Criminal Procedure, as amended October 21, 2020, and in addition to the requirements imposed by the court's Pretrial Criminal Scheduling Order, it is

**ORDERED** that the government be and it is hereby reminded of its disclosure obligations under *Brady v Maryland*, 373 U.S. 83 (1963), and its progeny. Failure of the government to abide by this order and to properly disclose *Brady* material to the defendant shall carry consequences. Consequences of violation of this order and the duty to disclose as mandated by *Brady* will be commiserate with the scope and severity of the violation and can include exclusion of evidence at trial, a finding of contempt with possible disciplinary action against the prosecutor, dismissal of an indictment with prejudice, or even a declaration that a conviction was obtained invalidly.

**THUS DONE AND SIGNED** in chambers this 13th day of November, 2024.

_____
**THOMAS P. LEBLANC**
**UNITED STATES MAGISTRATE JUDGE**